**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6273**

_____

JOHN J. BUCKSHAW, d/b/a J. J. Buckshaw &
Associates,

                                        Plaintiff - Appellant,

        versus

ATTORNEY  GENERAL  OF  THE  COMMONWEALTH  OF
VIRGINIA,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-97-14-A)

_____

Submitted:  May 15, 1997              Decided:  May 29, 1997

_____

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

John J. Buckshaw, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Buckshaw v. Attorney General of Virginia, No. CA-97-14-A (E.D. Va. Jan. 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2